Dawn M. Bayne, State Bar #20368
Christen N. Carns, State Bar #26211
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
E-mail: dbayne@asbazlaw.com

Attorneys for Maureen Gaughan
Chapter 7 Trustee/Plaintiff

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES A. BRUNO and SHELLY D. BRUNO, | Case No. 2-09-bk-06952-SSC |
| Debtors. | |
| MAUREEN GAUGHAN, CHAPTER 7 TRUSTEE, | Adv. No. 2-10-ap-00102-SSC |
| Plaintiff, | **CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |
| vs. | |
| JAMES A. BRUNO and SHELLY D. BRUNO, | |
| Defendants. | |

Dawn M. Bayne, counsel for Chapter 7 Trustee, Maureen Gaughan, hereby certifies that on January 21, 2010, she served the Summons and Complaint in this matter (a copy of which is on file with the U.S. Bankruptcy Court) upon Defendants, James A. Bruno and Shelly D. Bruno, by mailing the Summons and Complaint via postage prepaid U.S. Mail addressed to James A. Bruno and Shelly D. Bruno, at 2521 S. Dragoon Drive, Chandler, AZ 85286, by depositing the

///

///

///

///

\\BFS-9000\Documents\6000\6100\6134-Gaughan\196-Bruno\Adv - Debtors\CertOfService.doc

1 | envelopes with the United States Postal Service at Phoenix, Arizona.

2 | DATED this 22<u>nd</u> day of January, 2010.

**ALLEN, SALA & BAYNE, PLC**

*/s/ DMB #20368*
Dawn M. Bayne
Christen N. Carns
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Attorneys for Chapter 7 Trustee Maureen Gaughan