Dawn M. Bayne, State Bar #20368
Christen N. Carns, State Bar #26211
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
E-mail: dbayne@asbazlaw.com

Attorneys for Maureen Gaughan, Chapter 7 Trustee/Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>JAMES A. BRUNO and SHELLY D. BRUNO,<br><br>Debtors. | Chapter 7<br><br>Case No. 2-09-bk-06952-SSC |
| MAUREEN GAUGHAN, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. BRUNO and SHELLY D. BRUNO,<br><br>Defendants. | Adv. No. 2-10-ap-00102-SSC<br><br>**STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Maureen Gaughan, the duly appointed Chapter 7 Trustee ("Plaintiff" or "Trustee"), by and through undersigned counsel, hereby submits this *Statement of Facts in Support of Motion for Summary Judgment* against James and Shelly Bruno ("Defendants" or "Debtors").

1. On April 9, 2009, the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code ("Petition Date"). See Bankruptcy Case No. 2:09-bk-06952-SSC, attached hereto as **Exhibit "A"**, Docket Entry No. 1.

2. Maureen Gaughan is the duly appointed and qualified Chapter 7 Trustee. See **Exhibit "A"**.

3. On April 10, 2009, the Debtors filed their Schedules and Statement of Financial Affairs. See **Exhibit "A"**, Docket Entry No. 5.

4. On July 9, 2009, the Trustee filed a Motion to Extend Deadline for Filing Section 727 Objection to Discharge and Motion to Extend Time to File Complaint to Determine Dischargability of Debtors Pursuant to 11 U.S.C. § 523. See **Exhibit "A"**, Docket Entry No. 46.

5. On July 17, 2009, this Court entered an Order Granting Application for Fed.R.Bankr.P. 2004 Examination. See **Exhibit "A"**, Docket Entry No. 59.

6. On July 27, 2009, the Trustee filed a *Notice of Deposition and Request for Production of Documents* ("Notice"). See **Exhibit "A"**, Docket Entry No. 69.

7. On September 4, 2009, the Trustee filed an *Application for Order to Show Cause* for the Debtors failure to comply with this Courts Order of July 17, 2009. See **Exhibit "A"**, Docket Entry No. 83.

8. On September 10, 2009, this Court entered an *Order to Show Cause* and set a hearing in the matter for October 7, 2009. See **Exhibit "A"**, Docket Entry No. 90.

9. On October 5, 2009, the Trustee filed a *Motion to Continue* the hearing set for October 7, 2009, and this Court subsequently entered an *Order Continuing the Hearing* to November 10, 2009. See **Exhibit "A"**, Docket Entries No. 97 and 100.

10. At the November 10, 2009 hearing, the Court agreed that the Debtors must turnover the previously requested documents. See November 10, 2009 Minute Entry, attached hereto as **Exhibit "B"**.

11. On November 16, 2009, this Court entered the *Order Compelling Turnover* of documents relating to the Debtors' Costa Rica Property by November 30, 2009 ("Turnover Order"). See **Exhibit "A"**, Docket Entry No. 109.

12. On June 28, 2010, the Trustee filed a Notice of Deposition and Request for Production of Documents for James Bruno, as the managing member of James Bruno Enterprises, LLC. See **Exhibit "A"**, Docket Entry No. 119.

13. On December 7, 2010, the Trustee filed a Continued Notice of 2004 Examination and Request for Production of Documents. See **Exhibit "A"**, Docket Entry No. 127.

14. The Debtors failed to provide the requested documents and failed to appear at the

1. continued deposition. See **Exhibit "A"**, Docket Entry No. 131.

2. 15. The Debtors acknowledged they entered into an agreement with Mike Bragg to pay $2,200,000.00 for approximately 11 Hectares of raw land in Costa Rica. See Defendant's Answer in Adversary case no. 2:09-ap-01145-SSC, attached hereto as **Exhibit "C"** (page 9, lines 8-18).

16. The Debtors, with the assistance of a local attorney, incorporated Kingsland Developments Inc., S.A., to hold title to the raw land in Costa Rica. See **Exhibit "C"** (page 9, lines 12-23).

17. The Debtors were officers of Kingsland Developments Inc., S.A. See **Exhibit "C"** (page 9, lines 23-32, page 10, lines 1-8).

18. The Debtors failed to list their interest in Kingsland Developments, S.A. on their Schedules. See Debtors' Schedules, attached hereto as **Exhibit "D"**.

DATED February 17, 2011

**ALLEN, SALA & BAYNE, PLC**

*/s/ DMB 20368*
Dawn M. Bayne
Christen N. Carns
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee Maureen Gaughan

COPIES of the foregoing mailed on
February 17, 2011 to:

Maureen Gaughan
P.O. Box 6729
Chandler, AZ 85246
*Chapter 7 Trustee*

United States Trustee
230 North First Avenue, Ste 204
Phoenix, AZ 85003-1706

James and Shelly Bruno
2521 S. Dragoon Dr.
Chandler, AZ 85286

*/s/ Tammie R. Holm*