**EXHIBIT "A"**

727COMPLNT

# U.S. Bankruptcy Court
## District of Arizona (Phoenix)
### Bankruptcy Petition #: 2:09-bk-06952-SSC

*Date filed:* 04/09/2009

*Assigned to:* Judge Sarah Sharer Curley
Chapter 7
Voluntary
No asset

| | |
|---|---|
| *Debtor*<br>**JAMES A BRUNO**<br>2521 S. DRAGOON DR.<br>CHANDLER, AZ 85286<br>SSN / ITIN: xxx-xx-8105 | represented by **JAMES A BRUNO**<br>PRO SE |
| *Joint Debtor*<br>**SHELLY D BRUNO**<br>2521 S. DRAGOON DR.<br>CHANDLER, AZ 85286<br>SSN / ITIN: xxx-xx-9539 | represented by **SHELLY D BRUNO**<br>PRO SE |
| *Trustee*<br>**MAUREEN GAUGHAN**<br>PO BOX 6729<br>CHANDLER, AZ 85246-6729<br>480-899-2036 | represented by **CHRISTEN N. CARNS**<br>ALLEN, SALA & BAYNE, PLC<br>1850 N. CENTRAL AVE.,<br>STE. 1150<br>PHOENIX, AZ 85004<br>602-256-6000<br>Fax : 602-252-4712<br>Email: ccarns@asbazlaw.com<br><br>**DAWN 3 BAYNE**<br>ALLEN, SALA & BAYNE, PLC<br>VIAD CORPORATE CENTER<br>1850 N. CENTRAL AVE., #1150<br>PHOENIX, AZ 85004<br>602-256-6000<br>Email: dbayne@asbazlaw.com<br><br>**DAWN 4 BAYNE**<br>ALLEN, SALA & BAYNE, PLC |

VIAD CORPORATE CENTER
1850 N. CENTRAL AVE., #1150
PHOENIX, AZ 85004
602-256-6000
Fax : 602-252-4712
Email: dbayne@asbazlaw.com

**DAWN 5 BAYNE**
ALLEN, SALA & BAYNE, PLC
VIAD CORPORATE CENTER
1850 N. CENTRAL AVE., SUITE #1150
PHOENIX, AZ 85004
602-256-6000
Fax : 602-252-4712
Email: dbayne@asbazlaw.com

**DAWN M. BAYNE**
ALLEN, SALA & BAYNE, P.L.C.
VIAD CORPORATE CENTER
1850 N. CENTRAL AVE., #1150
PHOENIX, AZ 85004
602-256-6000
Fax : 602-252-4712
Email: dbayne@asbazlaw.com

**THOMAS H. ALLEN**
ALLEN, SALA & BAYNE, PLC
VIAD CORPORATE CENTER
1850 N. CENTRAL AVE., #1150
PHOENIX, AZ 85004
602-256-6000
Fax : 602-252-4712
Email: tallen@asbazlaw.com

*U.S. Trustee*
**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

| Filing Date | # | Docket Text |
|---|---|---|
| 04/09/2009 | 1 | Chapter 7 Voluntary Petition filed by JAMES A BRUNO, SHELLY D BRUNO (Lewis, Diane) Additional attachment(s) added on 4/10/2009 (Murillo, Sybil). (Entered: 04/09/2009) |
| 04/09/2009 | 2 | Meeting of Creditors scheduled for 05/12/2009 at 11:30 AM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX). (Lewis, Diane) (Entered: 04/09/2009) |
| 04/09/2009 | 3 | Notice to Document Preparer that Case Filed, Notice to Debtor Not Represented by an Attorney (Lewis, Diane) (Entered: 04/09/2009) |
| 04/09/2009 | | Receipt of Full Chapter 7 Filing Fee or Final Installment- $299.00 from JAMES & SHELLY BRUNO. Receipt Number 00478254. (DL) (Entered: 04/09/2009) |
| 04/09/2009 | 6 | Statement of Social Security Number Submitted (Murillo, Sybil) (Entered: 04/10/2009) |
| 04/09/2009 | 7 | Credit Counseling Certificate filed by JAMES A BRUNO, SHELLY D BRUNO. (Murillo, Sybil) (Entered: 04/10/2009) |
| 04/09/2009 | 8 | Declaration of Evidence of Employer Payments filed by JAMES A BRUNO, SHELLY D BRUNO. (Murillo, Sybil) (Entered: 04/10/2009) |
| 04/09/2009 | 10 | BNC Certificate of Notice (related document(s) 3 Document Preparer Notice of Filing) (Admin.) (Entered: 04/11/2009) |
| 04/10/2009 | 4 | Disclosure of Compensation of Bankruptcy Preparer filed by ESTELLE S. (AZCLDP 80039) GAUDREAU.(GAUDREAU, ESTELLE) (Entered: 04/10/2009) |
| 04/10/2009 | 5 | Individual Debtor Statement of Current Monthly Income, Individual Debtor's Statement of Intention, Master Mailing List, Bankruptcy Petition Preparer Section 110(b)(2) Notice to Debtor, Schedules, Statement of Financial Affairs, EOUST Statistical Information Updated, filed by ESTELLE S. (AZCLDP 80039) GAUDREAU.(GAUDREAU, ESTELLE) (Entered: 04/10/2009) |
| | | Chapter 7 Indiv/Joint--Notice of Meeting of Creditors. 341(a) meeting to be held on 5/12/2009 at 11:30 AM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX) Complaints under Sections 727 or 523 due by |

| | | |
|---|---|---|
| 04/10/2009 | 9 | 7/13/2009. (Murillo, Sybil) (Entered: 04/10/2009) |
| 04/13/2009 | 11 | BNC Certificate of Notice - Notice of Meeting of Creditors (related document(s) 9 BNC Form Request--341 Notice--Chapter 7 Indiv/Joint) (Admin.) (Entered: 04/15/2009) |
| 05/12/2009 | 12 | Application to Employ *Counsel for Trustee* filed by THOMAS H. ALLEN of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (ALLEN, THOMAS) (Entered: 05/12/2009) |
| 05/12/2009 | 13 | Verified Statement *of Thomas H. Allen pursuant to Fed.R.Bankr.p. 2014 and 2016 and 11 U.S.C. Section 327* filed by THOMAS H. ALLEN of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (related document(s) 12 Application to Employ) (ALLEN, THOMAS) (Entered: 05/12/2009) |
| 05/12/2009 | 14 | Notice of Appearance *and Request for Notices* filed by THOMAS H. ALLEN of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN.(ALLEN, THOMAS) (Entered: 05/12/2009) |
| 05/12/2009 | 15 | Notice of Lodging Proposed Order filed by THOMAS H. ALLEN of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 12 Application to Employ) (Attachments: # 1 Exhibit A).(ALLEN, THOMAS) (Entered: 05/12/2009) |
| 05/14/2009 | | Continuance of Meeting of Creditors on 6/1/2009 at 09:00 PM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX) (GAUGHAN, MAUREEN) (Entered: 05/14/2009) |
| 05/15/2009 | 17 | **ORDER** Granting Application to Employ (Related Doc # 12 ) signed on 5/15/2009 . (Murillo, Sybil) (Entered: 05/18/2009) |
| 05/16/2009 | 16 | Notice of Appearance filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of Dale D. Ulrich.(DAKE, TERRY) (Entered: 05/16/2009) |
| 05/21/2009 | 18 | Motion for Relief from Stay (150.00 fee) *re: 2008 Chrysler 300* filed by PATRICIA 1 DOYLE-KOSSICK of PATRICIA DOYLE-KOSSICK, PLC on behalf of WELLS FARGO BANK, N.A.; WELLS FARGO AUTO FINANCE, INC. (Attachments: # 1 Exhibit A-C). (DOYLE-KOSSICK, PATRICIA) (Entered: 05/21/2009) |

| | | |
|---|---|---|
| 05/21/2009 | 19 | Notice of Motion for Relief from Stay filed by PATRICIA 1 DOYLE-KOSSICK of PATRICIA DOYLE-KOSSICK, PLC on behalf of WELLS FARGO BANK, N.A.; WELLS FARGO AUTO FINANCE, INC. (related document(s) 18 Motion for Relief from Stay (150.00 fee)).(DOYLE-KOSSICK, PATRICIA) (Entered: 05/21/2009) |
| 05/21/2009 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:09-bk-06952-SSC) [motion,185] ( 150.00) Filing Fee. Receipt number 9124435. Fee amount 150.00. (U.S. Treasury) (Entered: 05/21/2009) |
| 06/05/2009 | 20 | Pro Se Debtor Reaffirmation Agreement filed by FRANCES ANN FOSTER of WELLS FARGO FINANCIAL ACCEPTANCE on behalf of WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE. (FOSTER, FRANCES) (Entered: 06/05/2009) |
| 06/05/2009 | 21 | Motion for Relief from Stay (150.00 fee) *Re: 4190 East Beechnut Place, Chandler, AZ 85249 (AZ09-15623)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of First Horizon Home Loans a division of First Tennessee Bank National Association, its assignees and/or successors (Attachments: # 1 Exhibit). (SILVERMAN, MATTHEW) (Entered: 06/05/2009) |
| 06/05/2009 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:09-bk-06952-SSC) [motion,185] ( 150.00) Filing Fee. Receipt number 9213500. Fee amount 150.00. (U.S. Treasury) (Entered: 06/05/2009) |
| 06/05/2009 | 22 | Consent Notice of Motion for Relief from Stay filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of First Horizon Home Loans a division of First Tennessee Bank National Association, its assignees and/or successors (related document(s) 21 Motion for Relief from Stay (150.00 fee)) (Attachments: # 1 Exhibit).(SILVERMAN, MATTHEW) (Entered: 06/05/2009) |
| 06/15/2009 | 23 | Certificate of Service and No Objections filed by PATRICIA 1 DOYLE-KOSSICK of PATRICIA DOYLE-KOSSICK, PLC on behalf of WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE. (related document(s) 18 Motion for Relief from Stay (150.00 fee)) (DOYLE-KOSSICK, PATRICIA) (Entered: 06/15/2009) |
| | | Notice of Lodging Proposed Order filed by PATRICIA 1 DOYLE-KOSSICK of PATRICIA DOYLE-KOSSICK, PLC on |

| | | |
|---|---|---|
| 06/15/2009 | 24 | behalf of WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE (related document(s) 18 Motion for Relief from Stay (150.00 fee)) (Attachments: # 1 Order).(DOYLE-KOSSICK, PATRICIA) (Entered: 06/15/2009) |
| 06/18/2009 | 25 | **ORDER** Denying Reaffirmation Agreement signed on 6/18/2009 (related document(s) 20 Pro Se Debtor Reaffirmation Agreement) . (Murillo, Sybil) (Entered: 06/18/2009) |
| 06/18/2009 | 26 | BNC Certificate of Notice - PDF Document (related document(s) 25 Order) (Admin.) (Entered: 06/20/2009) |
| 06/22/2009 | 27 | Motion for Relief from Stay (150.00 fee) *Re: 4304 Leafwood Circle West, Santa Rosa, CA 95405 (AZ09-12661)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificate holders for Argent Securities Trust 2005-W4, Asset-Backed Pass-Through Certificates Series 2005-W4, its as (Attachments: # 1 Exhibit). (SILVERMAN, MATTHEW) (Entered: 06/22/2009) |
| 06/22/2009 | 28 | Notice of Motion for Relief from Stay filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificate holders for Argent Securities Trust 2005-W4, Asset-Backed Pass-Through Certificates Series 2005-W4, its as (related document(s) 27 Motion for Relief from Stay (150.00 fee)) (Attachments: # 1 Exhibit).(SILVERMAN, MATTHEW) (Entered: 06/22/2009) |
| 06/22/2009 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:09-bk-06952-SSC) [motion,185] ( 150.00) Filing Fee. Receipt number 9302531. Fee amount 150.00. (U.S. Treasury) (Entered: 06/22/2009) |
| 06/24/2009 | 29 | Trustee Objection *to Property Claimed Exempt* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 5 Individual Debtor Statement of Current Monthly Income, Individual Debtors Statement of Intention, Initial Mailing List, Petition Preparer Section 110(b)(2) Notice to Debtor, Schedules, Statement of Financial Affairs, Update EOUST Stats). (BAYNE, DAWN) (Entered: 06/24/2009) |
| | | Chapter 7 Trustee Notice *of Bar Date for Filing Responses to Trustee's Objection to Property Claimed Exempt* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 29 Objection) |

| | | |
|---|---|---|
| 06/24/2009 | 30 | Objections/Responses due by 7/14/2009,.(BAYNE, DAWN) (Entered: 06/24/2009) |
| 06/24/2009 | 31 | BNC Certificate of Notice - PDF Document (related document(s) 30 Chapter 7 Trustee Notice) (Admin.) (Entered: 06/26/2009) |
| 06/29/2009 | 32 | Notice of Lodging Proposed Order *(AZ09-15623)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of First Horizon Home Loans a division of First Tennessee Bank National Association, its assignees and/or successors (related document(s) 21 Motion for Relief from Stay (150.00 fee)) (Attachments: # 1 Exhibit).(SILVERMAN, MATTHEW) (Entered: 06/29/2009) |
| 06/29/2009 | 33 | Certificate of Service and No Objections *(AZ09-15623)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of First Horizon Home Loans a division of First Tennessee Bank National Association, its assignees and/or successors. (related document(s) 21 Motion for Relief from Stay (150.00 fee)) (SILVERMAN, MATTHEW) (Entered: 06/29/2009) |
| 06/29/2009 | 34 | **ORDER** Granting Motion for Relief from Stay (Related Doc # 21 ) signed on 6/29/2009 . (Murillo, Sybil) (Entered: 06/29/2009) |
| 06/30/2009 | 39 | BNC Certificate of Notice (related document(s) 34 Order on Motion for Relief from Stay) (Admin.) (Entered: 07/02/2009) |
| 06/30/2009 | 40 | BNC Certificate of Notice - PDF Document (related document(s) 34 Order on Motion for Relief from Stay) (Admin.) (Entered: 07/02/2009) |
| 07/02/2009 | 35 | Notice of Appearance *and Request for Notice* filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of WACHOVIA MORTGAGE, FSB..(HAHN, KEVIN) (Entered: 07/02/2009) |
| 07/02/2009 | 36 | Motion for Relief from Stay (150.00 fee) *re: 2521 S. DRAGOON DRIVE, CHANDLER, AZ 85249-5657* filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of WACHOVIA MORTGAGE, FSB. (related document(s) 35 Notice of Appearance) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D). (HAHN, KEVIN) (Entered: 07/02/2009) |
| | | Notice of Motion for Relief from Stay *and Requirement to File Response* filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of WACHOVIA MORTGAGE, FSB. (related document(s) 35 Notice of Appearance, 36 Motion for Relief from |

| | | |
|---|---|---|
| 07/02/2009 | 37 | Stay (150.00 fee)) Objections/Responses due by 7/17/2009, (Attachments: # 1 Proposed order lifting stay).(HAHN, KEVIN) (Entered: 07/02/2009) |
| 07/02/2009 | 38 | Certificate of Service filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of WACHOVIA MORTGAGE, FSB.. (related document(s) 35 Notice of Appearance, 36 Motion for Relief from Stay (150.00 fee), 37 Notice of Motion for Relief from Stay) (HAHN, KEVIN) (Entered: 07/02/2009) |
| 07/02/2009 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:09-bk-06952-SSC) [motion,185] ( 150.00) Filing Fee. Receipt number 9370816. Fee amount 150.00. (U.S. Treasury) (Entered: 07/02/2009) |
| 07/02/2009 | 41 | Amended Schedules (I & J) filed by JAMES A BRUNO, SHELLY D BRUNO. (Tenney, John) Modified to edit text on 7/20/2009 (Murillo, Sybil). (Entered: 07/06/2009) |
| 07/02/2009 | 52 | Change of Address (Original kept by debtor - copy docketed on 7/13/2009) filed by JAMES A BRUNO, SHELLY D BRUNO. (Murillo, Sybil) Modified to edit text on 7/13/2009 (Murillo, Sybil). (Entered: 07/13/2009) |
| 07/06/2009 | 42 | Motion to Extend *Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb. (KAUP, CHRISTOPHER) (Entered: 07/06/2009) |
| 07/06/2009 | 43 | Notice of Lodging Proposed Order *Granting Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb (related document(s) 42 Motion to Extend).(KAUP, CHRISTOPHER) (Entered: 07/06/2009) |
| 07/06/2009 | 44 | **ORDER** Granting Motion for Relief from Stay (Related Doc # 18 ) signed on 7/6/2009 . (Frazier, Liz) (Entered: 07/07/2009) |
| 07/07/2009 | 48 | BNC Certificate of Notice (related document(s) 44 Order on Motion for Relief from Stay) (Admin.) (Entered: 07/09/2009) |
| | | BNC Certificate of Notice - PDF Document (related document(s) 44 Order on Motion for Relief from Stay) (Admin.) (Entered: |

| | | |
|---|---|---|
| 07/07/2009 | 49 | 07/09/2009) |
| 07/08/2009 | 45 | Pro Se Debtor Reaffirmation Agreement *AMENDED* filed by FRANCES ANN FOSTER of WELLS FARGO FINANCIAL ACCEPTANCE on behalf of WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE. (FOSTER, FRANCES) (Entered: 07/08/2009) |
| 07/09/2009 | 46 | Motion to Extend Deadline for Filing Section 727 Objection to Discharge *and Motion to Extend Time to File Complaint ot Determine Dischargability of Debts Pursuant to 11 U.S.C. Section 523* filed by DAWN M. BAYNE of ALLEN, SALA & BAYNE, P.L.C. on behalf of MAUREEN GAUGHAN. (BAYNE, DAWN) (Entered: 07/09/2009) |
| 07/09/2009 | 47 | ENTERED IN ERROR - Notice of Lodging Proposed Order filed by DAWN M. BAYNE of ALLEN, SALA & BAYNE, P.L.C. on behalf of MAUREEN GAUGHAN (related document(s) 46 Motion to Extend Deadline for Filing Section 727 Objection to Discharge) (Attachments: # 1 Exhibit A).(BAYNE, DAWN) Modified on 7/13/2009 per attorney (Gaare, Kathy). (Entered: 07/09/2009) |
| 07/10/2009 | 50 | Amended Motion to Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt , in addition to Amended Motion to Extend Deadline for Filing Section 727 Objection to Discharge filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb (related document(s) 42 Motion to Extend). (KAUP, CHRISTOPHER) (Entered: 07/10/2009) |
| 07/10/2009 | 51 | Notice of Bar Date *to Object to Amended Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb (related document(s) 50 Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt, Motion to Extend Deadline for Filing Section 727 Objection to Discharge). (KAUP, CHRISTOPHER) (Entered: 07/10/2009) |
| | | Chapter 7 Trustee Notice *of Bar Date Regarding Motion to Extend Time to File Complaint to Determine Dischargability of Debts Pursuant to 11 U.S.C. Section 523 and to Object to Discharge Pursuant to 11 U.S.C. Section 727* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 46 Motion to Extend Deadline for Filing Section 727 Objection to Discharge) |