| | | |
|---|---|---|
| 07/13/2009 | 53 | Objections/Responses due by 9/1/2009,.(BAYNE, DAWN) (Entered: 07/13/2009) |
| 07/13/2009 | 54 | BNC Certificate of Notice - PDF Document (related document(s) 53 Chapter 7 Trustee Notice) (Admin.) (Entered: 07/15/2009) |
| 07/15/2009 | 55 | Pro Se Debtor Reaffirmation Agreement and Motion for Court Approval *with American General Financial Services, Inc.* filed by JAMES A BRUNO, SHELLY D BRUNO. (Murillo, Sybil) (Entered: 07/16/2009) |
| 07/17/2009 | 56 | Certificate of Service *and No Objections -and- Notice of Lodging Proposed Form of Order* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 29 Objection, 30 Chapter 7 Trustee Notice, 31 BNC Certificate of Notice - PDF Document) (Attachments: # 1 Exhibit A - Proposed Order).(BAYNE, DAWN) (Entered: 07/17/2009) |
| 07/17/2009 | 57 | Application for FRBP 2004 Examination filed by DAWN 3 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (BAYNE, DAWN) (Entered: 07/17/2009) |
| 07/17/2009 | 58 | Notice of Lodging Proposed Order filed by DAWN 3 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 57 Application for FRBP 2004 Examination) (Attachments: # 1 Exhibit A).(BAYNE, DAWN) (Entered: 07/17/2009) |
| 07/17/2009 | 59 | **ORDER** Granting Application for FRBP 2004 Examination (Related Doc # 57 ) signed on 7/17/2009 . (Murillo, Sybil) (Entered: 07/17/2009) |
| 07/20/2009 | 60 | Amended Certificate of Service *and No Objections -and- Notice of Lodging Proposed Form of Order* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 29 Objection, 30 Chapter 7 Trustee Notice, 31 BNC Certificate of Notice - PDF Document, 52 Change of Address, 56 Certificate of Service) (Attachments: # 1 Exhibit A - Proposed Order).(BAYNE, DAWN) (Entered: 07/20/2009) |
| 07/20/2009 | 61 | **ORDER** Set Hearing on Reaffirmation Agreement signed on 7/20/2009 (related document(s) 45 Pro Se Debtor Reaffirmation Agreement) Hearing set for 9/3/2009 at 02:30 PM at 230 N. First Ave., 7th Floor, Courtroom 701, Phoenix, AZ (SSC) . (Murillo, Sybil) (Entered: 07/20/2009) |

| | | |
|---|---|---|
| 07/20/2009 | 64 | BNC Certificate of Notice - PDF Document (related document(s) 61 Order) (Admin.) (Entered: 07/22/2009) |
| 07/22/2009 | 62 | Certificate of Service and No Objections filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of WACHOVIA MORTGAGE, FSB.. (related document(s) 36 Motion for Relief from Stay (150.00 fee)) (HAHN, KEVIN) (Entered: 07/22/2009) |
| 07/22/2009 | 63 | Notice of Lodging Proposed Order filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of WACHOVIA MORTGAGE, FSB. (related document(s) 36 Motion for Relief from Stay (150.00 fee), 62 Certificate of Service and No Objections) (Attachments: # 1 Order lifting stay).(HAHN, KEVIN) (Entered: 07/22/2009) |
| 07/23/2009 | 65 | Certificate of Service and No Objections filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of WACHOVIA MORTGAGE, FSB.. (related document(s) 36 Motion for Relief from Stay (150.00 fee)) (HAHN, KEVIN) (Entered: 07/23/2009) |
| 07/23/2009 | 66 | Notice of Lodging Proposed Order filed by KEVIN HAHN of MALCOLM & CISNEROS on behalf of WACHOVIA MORTGAGE, FSB. (related document(s) 36 Motion for Relief from Stay (150.00 fee), 65 Certificate of Service and No Objections) (Attachments: # 1 Order lifting stay).(HAHN, KEVIN) (Entered: 07/23/2009) |
| 07/24/2009 | 67 | **ORDER** Granting Motion for Relief from Stay (Related Doc # 36 ) signed on 7/24/2009 . (Murillo, Sybil) (Entered: 07/27/2009) |
| 07/24/2009 | 68 | **ORDER** Denying Reaffirmation Agreement signed on 7/24/2009 (related document(s) 55 Pro Se Debtor Reaffirmation Agreement and Motion to Approve) . (Murillo, Sybil) (Entered: 07/27/2009) |
| 07/27/2009 | 69 | Notice of Deposition *and Request for Production of Documents* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (Attachments: # 1 2004 Order).(BAYNE, DAWN) (Entered: 07/27/2009) |
| 07/27/2009 | 70 | BNC Certificate of Notice (related document(s) 67 Order on Motion for Relief from Stay) (Admin.) (Entered: 07/29/2009) |
| 07/27/2009 | 71 | BNC Certificate of Notice - PDF Document (related document(s) 67 Order on Motion for Relief from Stay) (Admin.) (Entered: 07/29/2009) |
| | | **ORDER** Denying Debtor's Exemptions signed on 8/3/2009 |

| Date | Doc # | Description |
|---|---|---|
| 08/03/2009 | 72 | (related document(s) 29 Objection) . (Murillo, Sybil) (Entered: 08/04/2009) |
| 08/04/2009 | 73 | Certificate of Service and No Objections *to Amended Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727 and Notice of Lodging Proposed Form of Order* filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb. (related document(s) 50 Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt, Motion to Extend Deadline for Filing Section 727 Objection to Discharge) (KAUP, CHRISTOPHER) (Entered: 08/04/2009) |
| 08/07/2009 | 74 | Motion to Amend *Amended Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant To 11 U.S.C. § 727.pdf* filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb. (KAUP, CHRISTOPHER) (Entered: 08/07/2009) |
| 08/07/2009 | 75 | Notice of Filing *Notice of Refiling Amended Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727.pdf* filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb. (KAUP, CHRISTOPHER) (Entered: 08/07/2009) |
| 08/10/2009 | 76 | Certificate of Service *and No Objections and Notice of Lodging Proposed Form of Order* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 46 Motion to Extend Deadline for Filing Section 727 Objection to Discharge, 53 Chapter 7 Trustee Notice) (Attachments: # 1 Exhibit A - Proposed Order).(BAYNE, DAWN) (Entered: 08/10/2009) |
| 08/16/2009 | 77 | **ORDER** Extending Deadline for Filing Section 727 Objection to Discharge signed on 8/16/2009 (related document(s) 46 Motion to Extend Deadline for Filing Section 727 Objection to Discharge) Complaints under Sections 727 or 523 due by 9/12/2009. . (Murillo, Sybil) (Entered: 08/17/2009) |
| | | Notice of Lodging Proposed Order *(AZ09-12661)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificate holders for Argent Securities Trust 2005-W4, Asset-Backed Pass-Through Certificates Series 2005-W4, its as (related document(s) 27 |

| | | |
|---|---|---|
| 08/28/2009 | 78 | Motion for Relief from Stay (150.00 fee)) (Attachments: # 1 Exhibit).(SILVERMAN, MATTHEW) (Entered: 08/28/2009) |
| 08/28/2009 | 79 | Certificate of Service and No Objections *(AZ09-12661)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificate holders for Argent Securities Trust 2005-W4, Asset-Backed Pass-Through Certificates Series 2005-W4, its as. (related document(s) 27 Motion for Relief from Stay (150.00 fee)) (SILVERMAN, MATTHEW) (Entered: 08/28/2009) |
| 09/02/2009 | 80 | **ORDER** Granting Motion for Relief from Stay (Related Doc # 27 ) signed on 9/2/2009 . (Murillo, Sybil) (Entered: 09/02/2009) |
| 09/03/2009 | 81 | **Minutes of Hearing held on: 09/03/2009**<br>**Subject:** REAFFIRMATION AGREEMENT WITH WELLS FARGO AUTO FINANCE.<br>(vCal Hearing ID (1151087)). (related document(s) 45 ) (Garberick, Wanda) (Entered: 09/04/2009) |
| 09/03/2009 | 86 | BNC Certificate of Notice (related document(s) 80 Order on Motion for Relief from Stay) (Admin.) (Entered: 09/05/2009) |
| 09/03/2009 | 87 | BNC Certificate of Notice - PDF Document (related document(s) 80 Order on Motion for Relief from Stay) (Admin.) (Entered: 09/05/2009) |
| 09/04/2009 | 82 | Notice of Lodging Proposed Order filed by PATRICIA DOYLE-KOSSICK of PATRICIA DOYLE-KOSSICK, PLC on behalf of WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE (related document(s) 45 Pro Se Debtor Reaffirmation Agreement) (Attachments: # 1 Exhibit).(DOYLE-KOSSICK, PATRICIA) (Entered: 09/04/2009) |
| 09/04/2009 | 83 | Application for Order to Show Cause filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (Attachments: # 1 Notice of Deposition# 2 2004 Order). (BAYNE, DAWN) (Entered: 09/04/2009) |
| 09/04/2009 | 84 | Notice of Lodging Proposed Order *Regarding Application for Order to Show Cause* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 83 Application for Order to Show Cause) (Attachments: # 1 Exhibit A).(BAYNE, DAWN) (Entered: 09/04/2009) |

| | | |
|---|---|---|
| 09/04/2009 | 85 | **ORDER** Approving Reaffirmation Agreement with Wells Fargo Bank NA signed on 9/4/2009 (related document(s) 45 Pro Se Debtor Reaffirmation Agreement) . (Lewis, Diane) (Entered: 09/04/2009) |
| 09/04/2009 | | Adversary case 2:09-ap-01145. Adversary Proceeding Opened. (KAUP, CHRISTOPHER) (Entered: 09/04/2009) |
| 09/09/2009 | 88 | Certificate of Service and No Objections *to Amended Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb. (related document(s) 74 Motion to Amend) (KAUP, CHRISTOPHER) (Entered: 09/09/2009) |
| 09/09/2009 | 89 | **ORDER** Extending Deadline for Filing Section 727 Objection to Discharge signed on 9/9/2009 (related document(s) 74 Motion to Amend) Complaints under Sections 727 or 523 due by 9/4/2009. . (Murillo, Sybil) (Entered: 09/09/2009) |
| 09/10/2009 | 90 | **ORDER** to Show Cause signed on 9/10/2009 Order to Show Cause set for 10/7/2009 at 10:00 AM at 230 N. First Ave., 7th Floor, Courtroom 701, Phoenix, AZ (SSC) . (Murillo, Sybil) (Entered: 09/10/2009) |
| 09/10/2009 | 93 | BNC Certificate of Notice - PDF Document (related document(s) 90 Order to Show Cause) (Admin.) (Entered: 09/12/2009) |
| 09/11/2009 | 91 | Second Motion to Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt *and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 69 Notice of Deposition, 77 Order Extending Deadline for Filing Section 727 Objection to Discharge, 83 Application for Order to Show Cause, 90 Order to Show Cause). (BAYNE, DAWN) (Entered: 09/11/2009) |
| 09/11/2009 | 92 | Chapter 7 Trustee Notice *of filing Bar Date Notice Regarding Second Motion to Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 91 Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt) Objections/Responses due by 10/1/2009,.(BAYNE, DAWN) (Entered: 09/11/2009) |

| | | |
|---|---|---|
| 09/11/2009 | 94 | BNC Certificate of Notice - PDF Document (related document(s) 92 Chapter 7 Trustee Notice) (Admin.) (Entered: 09/13/2009) |
| 09/14/2009 | 95 | Certificate of Service *of Order to Show Cause* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (related document(s) 90 Order to Show Cause) (Attachments: # 1 Order)(BAYNE, DAWN) (Entered: 09/14/2009) |
| 10/01/2009 | 96 | Certificate of Service *of Order Granting Amended Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by CHRISTOPHER R. KAUP of TIFFANY & BOSCO, P.A. on behalf of Deanna M. Webb. (related document(s) 89 Order Extending Deadline for Filing Section 727 Objection to Discharge) (KAUP, CHRISTOPHER) (Entered: 10/01/2009) |
| 10/05/2009 | 97 | Motion to Continue *Hearing* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (BAYNE, DAWN) (Entered: 10/05/2009) |
| 10/05/2009 | 98 | Notice of Lodging Proposed Order filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 97 Motion to Continue) (Attachments: # 1 Exhibit A).(BAYNE, DAWN) (Entered: 10/05/2009) |
| 10/06/2009 | 99 | Certificate of Service and No Objections *and Notice of Lodging Proposed Form of Order* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (related document(s) 91 Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt) (Attachments: # 1 Exhibit A)(BAYNE, DAWN) (Entered: 10/06/2009) |
| 10/06/2009 | 100 | **ORDER** Continuing Hearing signed on 10/6/2009 (related document(s) 97 Motion to Continue) Hearing set for 11/10/2009 at 10:00 AM at 230 N. First Ave., 7th Floor, Courtroom 701, Phoenix, AZ (SSC) . (Murillo, Sybil) (Entered: 10/06/2009) |
| | | **Minutes of Hearing held on: 10/07/2009**<br>**Subject:** HEARING ON APPLICATION FOR ORDER FOR DEBTORS TO SHOW CAUSE FOR FAILURE TO APPEAR FOR EXAMINATION.<br>**Appearances:** NONE.<br>**Proceedings:** VACATED: ORDER CONTINUING SIGNED. (vCal Hearing ID (1153459)). (related document(s) 83 ) Hearing |

| | | |
|---|---|---|
| 10/07/2009 | 101 | set for 11/10/2009 at 10:00 AM at 230 N. First Ave., 7th Floor, Courtroom 701, Phoenix, AZ (SSC) (Garberick, Wanda) (Entered: 10/07/2009) |
| 10/08/2009 | 102 | Certificate of Service filed by DAWN 5 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (related document(s) 100 Order Continuing/Rescheduling) (BAYNE, DAWN) (Entered: 10/08/2009) |
| 10/12/2009 | 103 | **ORDER** Granting Motion to Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt and 727 (to 11/16/2009) (Related Doc # 91 ) signed on 10/12/2009 . (Lewis, Diane) (Entered: 10/13/2009) |
| 10/16/2009 | | Receipt of Amendment Filing Fee - $26.00 from SHELLY D BRUNO. Receipt Number 00484133. (MH) (Entered: 10/16/2009) |
| 10/16/2009 | 104 | Amendment to Mailing List (26.00 fee) , Amendment to Schedules (D,E,F/26.00 Fee) *Schedule D* filed by JAMES A BRUNO, SHELLY D BRUNO. (Murillo, Sybil) (Entered: 10/19/2009) |
| 11/10/2009 | 105 | **Minutes of Hearing held on: 11/10/2009**<br>**Subject:** HEARING ON APPLICATION FOR ORDER FOR DEBTORS TO SHOW CAUSE FOR FAILURE TO APPEAR FOR EXAMINATION.<br>(vCal Hearing ID (1154708)). (related document(s) 83 ) (Garberick, Wanda) (Entered: 11/10/2009) |
| 11/10/2009 | 106 | Notice of Lodging Proposed Order *Compelling Turnover* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 105 Minute Entry) (Attachments: # 1 Exhibit A - Proposed Order).(BAYNE, DAWN) (Entered: 11/10/2009) |
| 11/16/2009 | 107 | Third Motion to Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt *and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 77 Order Extending Deadline for Filing Section 727 Objection to Discharge, 90 Order to Show Cause, 103 Order on Motion to Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt, 105 Minute Entry). (BAYNE, DAWN) (Entered: 11/16/2009) |
| | | Chapter 7 Trustee Notice *of Bar Date Regarding Third Motion to* |

| | | |
|---|---|---|
| 11/16/2009 | 108 | *Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt and to Object to Discharge Pursuant to 11 U.S.C. § 727* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 107 Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt) Objections/Responses due by 12/7/2009,.(BAYNE, DAWN) (Entered: 11/16/2009) |
| 11/16/2009 | 109 | **ORDER** Compelling Turnover signed on 11/16/2009 (related document(s) 83 Application for Order to Show Cause, 105 Minute Entry) Objections/Responses due by 11/30/2009, . (Duran, Tammy) (Entered: 11/17/2009) |
| 11/17/2009 | 110 | BNC Certificate of Notice - PDF Document (related document(s) 108 Chapter 7 Trustee Notice) (Admin.) (Entered: 11/19/2009) |
| 11/20/2009 | 111 | Certificate of Service filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (Attachments: # 1 Exhibit A)(BAYNE, DAWN) (Entered: 11/20/2009) |
| 11/23/2009 | 112 | Motion for Reconsideration *Order Compelling Turnover and Request Extension of Time to Comply* filed by JAMES A BRUNO, SHELLY D BRUNO (related document(s) 83 Application for Order to Show Cause, 105 Minute Entry, 109 Generic Order). (Duran, Tammy) (Entered: 11/23/2009) |
| 11/24/2009 | 113 | Correspondence (Duran, Tammy) (Entered: 11/25/2009) |
| 12/15/2009 | 114 | Certificate of Service and No Objections *and Notice of Lodging Proposed Form of Order* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (related document(s) 107 Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt) (Attachments: # 1 Exhibit A)(BAYNE, DAWN) (Entered: 12/15/2009) |
| 12/28/2009 | 115 | **ORDER** Extending Deadline for Filing Section 727 Objection to Discharge signed on 12/28/2009 (related document(s) 107 Extend Deadline for Filing Section 523 Complaint to Determine Dischargeability of a Debt) Complaints under Sections 727 or 523 due by 1/15/2010. . (Radicke, Michelle) (Entered: 12/28/2009) |
| 01/15/2010 | | Adversary case 2:10-ap-00102. Adversary Proceeding Opened. (BAYNE, DAWN) (Entered: 01/15/2010) |
| | | |

| | | |
|---|---|---|
| 06/22/2010 | 116 | Application for FRBP 2004 Examination , *Rule 30(B(6), Fed.R.Civ.P. and Rule 45, Fed.R.Civ.P. (James A. Bruno, Manager of James Bruno Enterprises, LLC)* filed by DAWN 3 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN. (BAYNE, DAWN) (Entered: 06/22/2010) |
| 06/22/2010 | 117 | Notice of Lodging Proposed Order filed by DAWN 3 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 116 Application for FRBP 2004 Examination) (Attachments: # 1 Exhibit A).(BAYNE, DAWN) (Entered: 06/22/2010) |
| 06/24/2010 | 118 | **ORDER** Granting Application for FRBP 2004 Examination (Related Doc # 116 ) signed on 6/24/2010 . (Stallman, Laurie) (Entered: 06/24/2010) |
| 06/28/2010 | 119 | Notice of Deposition *and Request for Production of Documents (James Bruno, Member of James Bruno Enterprises, LLC)* filed by DAWN 3 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (Attachments: # 1 Exhibit A). (BAYNE, DAWN) (Entered: 06/28/2010) |
| 08/02/2010 | 120 | Motion to Dismiss Case filed by JAMES A BRUNO, SHELLY D BRUNO. (Gilbert, Tory) (Entered: 08/03/2010) |
| 08/09/2010 | 121 | Notice of Hearing. (related document(s) 120 Motion to Dismiss Case) Hearing set for 9/7/2010 at 10:00 AM at 230 N. First Ave., 7th Floor, Courtroom 701, Phoenix, AZ (SSC) (Garberick, Wanda) (Entered: 08/09/2010) |
| 08/09/2010 | 122 | BNC Certificate of Notice (related document(s) 121 Notice of Hearing) (Admin.) (Entered: 08/11/2010) |
| 08/17/2010 | 123 | Trustee Objection *to Debtors' Motion to Dismiss Case* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (related document(s) 120 Motion to Dismiss Case). (BAYNE, DAWN) (Entered: 08/17/2010) |
| 08/20/2010 | 124 | Joinder *IN CHAPTER 7 TRUSTEE'S OBJCTION TO DEBTORS' MOTION TO DISMISS* filed by JOSEPH D. DORSEY of TIFFANY & BOSCO, PA on behalf of Deanna M. Webb. (related document(s) 123 Objection) (DORSEY, JOSEPH) (Entered: 08/20/2010) |
| | | Notice of Appearance filed by QUINTEN THOMAS CUPPS of SHAW & LINES LLC on behalf of Paseo Trails North Parcels A, |

| | | |
|---|---|---|
| 09/07/2010 | 125 | B, and C.(CUPPS, QUINTEN) (Entered: 09/07/2010) |
| 09/07/2010 | 126 | **Minutes of Hearing held on: 09/07/2010**<br>**Subject:** HEARING ON DEBTORS' MOTION TO DISMISS CASE AND 7016 CONFERENCE ON ADVERSARY PROCEEDING AND THE MOTION TO EXTEND DEADLINES.<br>(vCal Hearing ID (1172783)). (related document(s) 120 ) (Garberick, Wanda) (Entered: 09/13/2010) |
| 12/07/2010 | 127 | Notice of 2004 Examination *and Request for Production of Documents (Continued)* filed by CHRISTEN N. CARNS of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN (Attachments: # 1 Exhibit A).(CARNS, CHRISTEN) (Entered: 12/07/2010) |
| 01/19/2011 | 128 | Motion to Approve */ Debtors Request to Short Sale Primary Residence* filed by JAMES A BRUNO, SHELLY D BRUNO. (Snyder, Alisha) (Entered: 01/20/2011) |
| 01/25/2011 | 129 | **ORDER** Approving Short Sale signed on 1/25/2011 (related document(s) 128 Motion to Approve) . (Snyder, Alisha) (Entered: 01/25/2011) |
| 01/26/2011 | 130 | BNC Certificate of Notice - PDF Document (related document(s) 129 Order) (Admin.) (Entered: 01/28/2011) |
| 02/11/2011 | 131 | Notice of Filing *Notice of Debtors Non-Compliance Regarding the Continued Deposition and Request for Production of Documents* filed by DAWN 4 BAYNE of ALLEN, SALA & BAYNE, PLC on behalf of MAUREEN GAUGHAN.(BAYNE, DAWN) (Entered: 02/11/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/17/2011 16:01:01 | | | |
| PACER Login: | as0201 | Client Code: | 6134.196 |
| Description: | Docket Report | Search Criteria: | 2:09-bk-06952-SSC Fil or Ent: filed From: 1/1/1977 To: 2/17/2011 Doc From: 0 Doc To: 99999999 Format: html |
| Billable | | | |

| Pages: | 10 | Cost: | 0.80 |