**EXHIBIT "B"**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:
| | |
|---|---|
| **Debtor:** | JAMES A & SHELLY D BRUNO |
| **Case Number:** | 2:09-bk-06952-SSC    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 10, 2009 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:
HEARING ON APPLICATION FOR ORDER FOR DEBTORS TO SHOW CAUSE FOR FAILURE TO APPEAR FOR EXAMINATION
R / M #:   83 / 0

## Appearances:
DAWN M. BAYNE, ATTORNEY FOR MAUREEN GAUGHAN

## Proceedings:
Ms. Bayne states that she has only received approximately one third of the documents, and has given the debtors plenty of time. She asked for the court to order compliance in 20 days.

COURT: IT IS ORDERED GRANTING THE TRUSTEE'S MOTION AND DIRECTING THE DEBTORS TO PRODUCE ALL THE DOCUMENTS CONCERNING THE COSTA RICO PROPERTY BY NOVEMBER 30, 2009. MS. BAYNE IS DIRECTED TO UPLOAD A FORM OF ORDER.